# EXHIBIT 3



To: Dalia Elward dalia@niyazovlawgroup.com
You info@niyazovlawgroup.com
Ilona S ilona@niyazovlawgroup.com
Nadia Zhulinska nadia@niyazovlawgroup.com
Cc: Ariel Niyazov ari@niyazovlawgroup.com
Gary V gary@niyazovlawgroup.com

Wednesday, November 27, 2019, 11:28 AM

Good morning everyone,

Due to Ariel's request, he would like to have headshots taken of all of you at the Brooklyn office for our firm's social media accounts.
Please coordinate a day that works for all of you to take pictures and have them sent over to me once they are ready for me to proceed accordingly.
If anyone has any questions please feel free to ask.

Thank you very much,

**Julia Masheyev**
**Legal Assistant**
**Niyazov Law Group, P.C.**

Reply to All

PLAINTIFFS002

6:18

## Fw: Darnell J. Montgomery

**Ilona S**
ilona@niyazovlawgroup.com

To: You info@niyazovlawgroup.com

Wednesday, December 4, 2019, 11:59 AM

📄 IME 11.18.19
PDF - 127 KB

Yours truly,
**Ilona Skala**
**Paralegal**

**Niyazov Law Group, P.C.**

2663 Coney Island Ave, 2nd Floor, Brooklyn, NY, 11223

Tel: (718) 509-4911; Fax: (718) 934-0300

E-mail: Ilona@niyazovlawgroup.com

Web:  www.niyazovlawgroup.com

The contents of this message may be confidential and/or subject to solicitor client privilege and are intended only for the person(s) indicated, and any rights and obligations relating to such confidentiality and/or privilege are claimed and not waived. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you have received this message

PLAINTIFFS003