# EXHIBIT 4

Feb 10, 2020, 8:21 PM

 Call me — 8:21 PM

Feb 12, 2020, 4:42 PM

He is still waiting in the reception — 4:42 PM

 Who — 4:42 PM

Guliyev Vidadiy. He wants to take his file and a drop letter. Looks like he made agreement with another law office — 4:44 PM

For the last 2 weeks I filed a loss wage claim with his office of former work + filed US claim against his own insurance as BI denied + mailed request for UM arbitration. — 4:51 PM

Dec 5, 2019, 9:20 AM

Спала уже вчера     9:20 AM

Dec 5, 2019, 12:08 PM

Good afternoon, Gary. Do you still want me to make appts for you with the people refusing doing surgery/ having herniations for tomorrow? Looks like you are very busy     12:08 PM

Ask Sveta if I'm busy tomorrow     12:09 PM

Dec 5, 2019, 1:46 PM

She said you have courts from 11:30am till 2pm. Can I make appts after 4pm?     1:46 PM

> Can you tell me what exactly you said?
>
> 3:14 PM

> Я по грыжам много нашла. Приглашать их на этой неделе?
>
> 3:19 PM

Dec 10, 2019, 5:55 PM

> Мы можем поговорить?
>
> 5:55 PM

Dec 18, 2019, 1:14 PM

> Tomorrow at 12 pm meeting with Rose, Jeffrey re herniation plus he did not attend 2 IMEs (he called by himself apologizing for missing appointments).
> Sveta said you do not have any court hearings tomorrow
> Please, confirm
>
> 1:14 PM



> Please, text account info for autopayment for national grid

4:55 PM

 4:57 PM

*Jan 22, 2020, 4:09 PM*

> As we peeviously discussed, you need to meet with client Epitashvili, Anzor re his treating (he has herniations and partial tear). Does tomorrow at 10 am work for you?

4:09 PM

*Jan 23, 2020, 9:23 AM*

> You have a meeting with Epitashvili at 10 am here

9:23 AM

*Jan 23, 2020, 12:51 PM*

**Gary ( Niyazov Office)**

*2 Oct 2019, 17:10*

Vihadi

*3 Oct 2019, 10:05*

> Mark from American arbitration called. He says he has a case with carrier on the no jurisdiction list. Do we want him to proceed or should he return the case to us? (646) 609-8991

*3 Oct 2019, 17:50*

Cho deloesh ?

> Работаю

Ti rabotaesh

> Естественно )

*4 Oct 2019, 11:02*

PLAINTIFFS044

12:35

**Gary ( Niyazov Office)**

18 Sep 2019, 12:17

> 17-18-1105-8054
> Injured party: Elijah Archer
> Medical provider: ASCE Anesthesia PC
> Carrier: Allstate

???

> Ты спросил в каким кейсе есть Richard Pearl

Shto tam napisano?

> Procedure: shoulder Arthroscopy (left)

18 Sep 2019, 14:40

> Spoke with Endozo Gilberto. He has stent and doesn't want to continue with procedures. (Lumbar discectomy)

iMessage

PLAINTIFFS045

**Gary ( Niyazov Office)**

одежда и повеселилса фронтдеском

*6 Sep 2019, 11:54*

Text me on the train

Someone from Geico called regarding arbitration on 3:15 She wants to speak about settlement
Her phone (217)330-1084

Ok

Another person from Geico called. She is already in Court. She would like to speak with attorney. Her phone (516)242-7650 Christa

*6 Sep 2019, 17:22*

Mohamed Salem, Mona S Elfateh Khaled

Markarashvili Vladimer

PLAINTIFFS046