**ROANNE L. MANN**                                      **DATE:** October 12, 2021
**UNITED STATES MAGISTRATE JUDGE**          **START:** 4:30 p.m.
                                                                    **END:**   5:30 p.m.


**DOCKET NO:** 21-cv-1348 (CBA)

**CASE:** Zhulinska et al v. Niyazov Law Group, P.C. et al


☐  **INITIAL CONFERENCE**                  ☐  **OTHER/ORDER TO SHOW CAUSE**
☐  **DISCOVERY CONFERENCE**            ☐  **FINAL/PRETRIAL CONFERENCE**
☐  **SETTLEMENT CONFERENCE**          X  **TELEPHONE CONFERENCE**
X  **MOTION HEARING**                        ☐  **INFANT COMPROMISE HEARING**


**PLAINTIFFS**                                            **ATTORNEY**

| | |
|---|---|
| | Jeffrey Maguire |

**DEFENDANTS**                                          **ATTORNEY**

| | |
|---|---|
| Niyazov Law Group, P.C. and Ariel Niyazov | David S. Feather |
| AGA Legal Staffing and Gary Vainer | Arnold E. DiJoseph, III |

☐  **FACT DISCOVERY TO BE COMPLETED BY** _____
☐  **SETTLEMENT CONFERENCE SCHEDULED FOR** _____
☐  **JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY** _____
☐  **PL. TO SERVE DEF. BY:**_____      **DEF. TO SERVE PL. BY:**_____

**RULINGS:   PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

The Court hears argument on plaintiffs' motion to compel discovery from defendants Niyazov Law Group, P.C. and Ariel Niyazov (collectively, "the Niyazov defendants") (DE #40) and plaintiffs' motion to compel discovery from defendants AGA Legal Staffing Inc. ("AGA Legal") and Gary Vainer ("Vainer") (DE #41).   For the reasons stated on the record, plaintiffs' motion to compel directed to AGA Legal and Vainer is granted and plaintiffs' motion to compel regarding the Niyazov defendants is granted in substantial part.

Regarding defendants AGA Legal and Vainer, the outstanding documents must be produced by October 15, 2021.

Regarding the Niyazov defendants, they must conduct a search for electronic documents and information relevant to plaintiff's claims of sexual harassment and failure to pay wages, including information regarding plaintiffs' employment status, from the following custodians: plaintiff Nadia Zhulinska, plaintiff Ilona Skala, defendant Ariel Niyazov, defendant Gary Vanier and plaintiffs' direct supervisor.   The parties are directed to confer regarding the selection of search terms to be used and a stipulated ESI protocol, and file a joint status report by October 15, 2021.   In addition, the Niyazov defendants must produce a list of the emails in plaintiffs' inboxes and outboxes, without producing the contents of the emails.   Plaintiffs may then raise with defendants directly any specific documents they seek to have produced.

The parties' oral application to extend the fact discovery deadline is granted to January 15, 2022.